# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN MORDECAI *et al.* : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 19-4351 |
| PROGRESSIVE CASUALTY : | |
| INSURANCE COMPANY *et al.* : | |

# ORDER

**AND NOW**, this  5th  day of November, 2019, upon consideration of Defendant Progressive Casualty Insurance Company's Notice of Removal (ECF No. 1) and its Motion to Dismiss Counts II and IV of Plaintiff's Complaint (ECF No. 4), and all documents filed in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 4) is **DISMISSED** as moot because this Court lacks subject matter jurisdiction to adjudicate this action.

2. This matter is **REMANDED** to the Court of Common Pleas of Montgomery County pursuant to 28 U.S.C. § 1447(c).

3. The Clerk of Court shall **CLOSE** this case.

**IT IS SO ORDERED**.

                                                    **BY THE COURT:**

                                                    **/s/ Judge John Milton Younge**
                                                    **Judge John Milton Younge**